# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**ROCKY DEAN JOHNS, JR.**                                                                                **PLAINTIFF**
**ADC #163599**

V.                                            NO. 4:23-cv-01159-BRW

**DEXTER PAYNE,** *et al.*                                                                              **DEFENDANTS**

## ORDER

The Court has received a Recommendation filed by Magistrate Judge Edie R. Ervin. Mr. Johns has not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Mr. Johns' claims are DISMISSED, without prejudice, based on his failure to state a plausible constitutional claim for relief. The Court recommends that, in the future, this dismissal be considered a "strike" for purposes of 28 U.S.C. § 1915(g) and certifies that an *in forma pauperis* appeal of this dismissal would be frivolous and not taken in good faith.

The Clerk is directed to close this case.

IT IS SO ORDERED, this 24th day of January, 2024.

BILLY ROY WILSON
_____
UNITED STATES DISTRICT JUDGE
