IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROCKY DEAN JOHNS, JR.**                                                                                    **PLAINTIFF**
**ADC #163599**

**V.**                                              **NO. 4:23-cv-01159-BRW**

**DEXTER PAYNE,** *et al***.**                                                                                **DEFENDANTS**

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 24th day of January, 2024.


                                                                                    BILLY ROY WILSON
                                                              UNITED STATES DISTRICT JUDGE